# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3258

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| Ronald N. Totaro, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: March 30, 2007
Filed: April 9, 2007

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Ronald Totaro appeals the district court's[1] denial of his motions for a sentence reduction, release pending appeal, discovery, and disqualification of the district court judge. After careful review, we find no error in the denial of these motions, and thus we affirm the denial. See 8th Cir. R. 47A(a). We modify the district court's August 24, 2006 order, however, to strike that portion which prohibits the Clerk of the Court from accepting any future filings from Totaro in the case. We also deny Totaro's pending motion to set a briefing schedule.

---

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.